IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDIE HAMILTON, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-3456 |
| BUREAU VERITAS NORTH AMERICA, INC., | § § § § | |
| Defendant. | § | |

## ORDER

Plaintiff filed an unopposed motion for continuance of the scheduling conference, (Docket Entry No. 11). The motion is granted. The initial pretrial and scheduling conference is reset to **April 3, 2014, at 10:30 a.m.**

SIGNED on March 11, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge